**BRITTANY MURRAY**
**ACTING CORPORATION COUNSEL**
Philip S. Adelman, Esq – ID No. 015132003
Assistant Corporation Counsel
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
(P)(201) 547-4810
padelman@jcnj.org
Attorney for Defendants City of Jersey City, Jersey City Police Department, Arkadiusz Zylkiewicz, Ali Bravo, Kayla Gonzalez, Marvin Leggitts, Nurberto Batista, Robert Kearns

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF JERSEY CITY, JERSEY CITY POLICE DEPARTMENT, ARKADIUSZ ZYLKIEWICZ, ALI BRAVO, KAYLA GONZALEZ, MARVIN LEGGITTS, NURBERTO BATISTA, ROBERT KEARNS, JOHN DOES 1-20 (Fictitious) and ABC Corp. 1-20 (Fictitious),<br><br>       Defendants. | CIVIL ACTION NO.<br>2:25-cv-01666 (SDW) (SDA)<br><br>**NOTICE OF APPEARANCE OF PHILIP ADELMAN** |

TO THE CLERK OF THE COURT:

   I am admitted to practice in this Court. Please enter my appearance in the above-entitled action on behalf of Defendants the City of Jersey City, Jersey City Police Department, Arkadiusz Zylkiewicz, Ali Bravo, Kayla Gonzalez, Marvin Leggitts, Nurberto Batista and Robert Kearns. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address identified above.

                Respectfully submitted,
                **BRITTANY MURRAY**
                **ACTING CORPORATION COUNSEL**
             By: /s/ *Philip S. Adelman*
                Philip Adelman
Dated: April 4, 2025          Assistant Corporation Counsel