


# CITY OF JERSEY CITY
## DEPARTMENT OF LAW

CITY HALL ● 280 GROVE STREET ● JERSEY CITY, NJ 07302
PHONE (201) 547-5229

**STEVEN M. FULOP**
*MAYOR OF JERSEY CITY*

**BRITTANY M. MURRAY**
*ACTING CORPORATION COUNSEL*

April 4, 2025

<u>Via ECF</u>
The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  <u>Gregory Williams v. City of Jersey City, et al.
     Civil Action No. 2:25-cv-01572 (CCC)(CLW)</u>

Dear Judge Waldor:

This office represents the defendants in the above matter. Per my conversation of earlier today with Your Honor's Law Clerk, Tim, the defendants respectfully request that their deadline by when to respond to the Amended Complaint be extended to April 22, 2025. The Plaintiff has consented to this request.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

**BRITTANY MURRAY**
**ACTING CORPORATION COUNSEL**

<u>/s/ Philip S. Adelman</u>
Philip S. Adelman, Esq.
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)